IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**STEVEN SMITH,**

        **Plaintiff,**

v.

**UNITED STATES OF AMERICA;** and
**U.S. DEPARTMENT OF TRANSPORTATION**

        **Defendants.**

Case No. 6:22-cv-00732-MK

ORDER

MCSHANE, Judge:

Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 93), and the matter is now before the Court on Plaintiff's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). The Court reviews *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). The Court finds no error and concludes that the report is correct.

Judge Kasubhai's Findings and Recommendation (ECF No. 93) is adopted in full. Defendant's Partial Motion to Dismiss (ECF No. 71) is GRANTED.

IT IS SO ORDERED.

DATED this 27th day of June, 2024.

                                                    s/Michael J. McShane
                                                        Michael McShane
                                                     United States District Judge

1 –ORDER